IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY DEVON JONES | **I N F O R M A T I O N**<br><br>Case No. 1:20-cr-<br><br>Violation: 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) |

COUNT ONE

**Possession with Intent to Distribute a Controlled Substance - Fentanyl**

The United States Attorney Charges:

On or about December 5, 2019, in the District of North Dakota,

LARRY DEVON JONES,

Individually and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

Dated: April 17, 2020

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

JAE:sj